FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D17-531
_____

LAZONIA THOMAS,

Appellant,

v.

NOELLE PADRON,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Monica J. Brasington, Judge.

April 3, 2018

PER CURIAM.

AFFIRMED.

ROBERTS, RAY, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Brian J. Lee of Schuler & Lee, P.A., Jacksonville, for Appellant.

Angela C. Flowers of Kubicki Draper, Ocala, for Appellee.